AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | (Case No. 1:07CV00419) |
|---|---|
| Service of the Summons and complaint was made by me[1]<br>See attached List | DATE<br>March 19, 2007 @ 4:00pm |
| NAME OF SERVER (PRINT)<br>Barbara Tatum | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 440 S. Coltrane Road, Edmond, OK 73034

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Kerr 3 Construction Group, LLC an Oklahoma Limited Liability Company, by serving James Kerr, person authorized to accept service of process

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 19, 2007    *[signature]*
             Date             Signature of Server

on behalf of All-N-One Legal Support, Inc.
Address of Server   1545 Wilshire Blvd., Suite 715
                    Los Angeles, CA 90017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Attachment for List of Documents

Summons & Complaint;Consent to Proceed Before a United States Magistrate Judge for all Purposes;Notice of Right to Consent to Trial Before United States Magistrate Judge;Initial Electronic Case Filing Order;Electronic Case Files Attorney/Participant Registration Form