UNITED STATES DISTRICT COURT<br>DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>Plaintiffs,<br><br>v.<br><br>KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company,<br>440 S. Coltrane Rd.<br>Edmond, Oklahoma 73034<br><br>Defendant. | Case No. 1:07CV00419<br><br><br>Judge: Richard W. Roberts<br><br>Date Complaint Filed:<br>March 2, 2007 |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

YOU WILL PLEASE ENTER THE DEFAULT of the defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the declaration filed herewith.

Dated: May 7, 2007

*Brian F. Quinn* (signature)

Brian F. Quinn, Esq. D.C. Bar No. 447619
a member of
DeCARLO, CONNOR & SHANLEY, a Prof. Corp.
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151 and Fax: (202)589-0105
Email: bquinn@deconsel.com

## CERTIFICATE OF SERVICE

(Carpenters Labor-Management, etc. v. Kerr 3 Construction, etc.)
(USDC Case No. 1:07CV00419)

The undersigned hereby certifies that a copy of the foregoing **REQUEST TO ENTER DEFAULT** has been served on defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, by depositing same in the U.S. Mail, first class postage prepaid and properly addressed at 440 S. Coltrane Rd., Edmond, Oklahoma 73034, this 7th day of May 2007.

*Denise Cooper* (signature)

Denise Cooper
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave., N.W. Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
)
and )
) Case No. 1:07CV00419
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, as Trustees )
of the CARPENTERS LABOR- )
MANAGEMENT PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 ) Judge: Richard W. Roberts
)
Plaintiffs, )
) Date Complaint Filed:
v. ) March 2, 2007
)
KERR 3 CONSTRUCTION GROUP, )
L.L.C., an Oklahoma Limited Liability )
Company, )
440 S. Coltrane Rd. )
Edmond, Oklahoma 73034 )
)
Defendant. )
)

**DECLARATION OF BRIAN F. QUINN IN
SUPPORT OF REQUEST TO ENTER DEFAULT**

I, BRIAN F. QUINN, declare:

1. I am one of the attorneys for plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund"), and Plaintiffs, Douglas McCarron, Richard Arispe, Alan Chil'cote ("Trustees"), in their capacities as fiduciaries with respect to the Pension Fund (together, the "Plaintiffs"), in the above-entitled action, licensed to practice in all the courts in Washington, D.C. and a member of the bar of this court.

2. If called upon to testify, I could and would competently do so.

3. The summons and complaint in this action were served on defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, ("DEFENDANT"), on March 19, 2007, as appears on the Return of

Service of the summons and complaint (see Exhibit "A"). Said Return of Service was filed with the Court on April 20, 2007.

4.  The time within which DEFENDANT may answer or otherwise move as to the complaint has expired.

5.  DEFENDANT has not answered or otherwise moved.

6.  The time for DEFENDANT to answer or otherwise move has not been extended.

Executed this 7th day of May 2007, at Washington, D.C. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
BRIAN F. QUINN
D.C. Bar No. 447619

a member of
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105
Email: bquinn@deconsel.com

# CERTIFICATE OF SERVICE

(Carpenters Labor-Management, etc. v. Kerr 3 Construction, etc.)
(USDC Case No. 1:07CV00419)

The undersigned hereby certifies that a copy of the foregoing **DECLARATION OF BRIAN F. QUINN IN SUPPORT OF REQUEST TO ENTER DEFAULT** has been served on defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, by depositing same in the U.S. Mail, first class postage prepaid and properly addressed at 440 S. Coltrane Rd., Edmond, Oklahoma 73034, this 7th day of May 2007.

/s/ Denise Cooper
Denise Cooper
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave., N.W. Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carpenters Labor-Management Pension Fund,
101 Constitution Avenue, NW
Washington, D.C. 20001
and
Douglas McCarron, Richard Arispe, Alan Chil'cote, as Trustees of the Carpenters Labor-Management Pension Fund
101 Constitution Avenue, NW
Washington, D.C. 20001

**SUMMONS IN A CIVIL CASE**

V.

Kerr 3 Construction Group, LLC, an Oklahoma Limited
Liability Company
440 S. Coltrane Road
Edmond, OK 73034

CASE NUMBER 1:07CV00419

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 03/02/2007

TO: (Name and address of Defendant)

Kerr 3 Construction Group, LLC, an Oklahoma Limited
Liability Company
440 S. Coltrane Road
Edmond, OK 73034

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Quinn, Esq.
c/o DeCarlo, Connor & Shanley, P.C.
101 Constitution Avenue, NW, 10th Floor
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAR 0 2 2007
CLERK                                           DATE

(By) DEPUTY CLERK

EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  |  |
|---|---|
| RETURN OF SERVICE | (Case No. 1:07CV00419) |

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> See attached List | March 19, 2007 @ 4:00pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Barbara Tatum | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    440 S. Coltrane Road, Edmond, OK 73034

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): <u>Served Kerr 3 Construction Group, LLC an Oklahoma Limited Liability Company, by serving James Kerr, person authorized to accept service of process</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 19, 2007      *[signature]*
              Date               Signature of Server

on behalf of All-N-One Legal Support, Inc.,
Address of Server    1545 Wilshire Blvd., Suite 715
                  Los Angeles, CA 90017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.