Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT
PENSION FUND et al

    Plaintiff(s)

V.

Civil Action No. 07-cv-00419-RWR

KERR 3 CONSTRUCTION GROUP L.L.C.

    Defendant(s)

RE: KERR 3 CONSTRUCTION GROUP L.L.C.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 19, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this  08  day of  May , 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk