**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |
| CARPENTERS LABOR-MGMT. PENSION ) | |
| FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-419 (RWR) |
| ) | |
| KERR 3 CONSTRUCTION GROUP, ) | |
| ) | |
| Defendant. ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |

## ORDER TO SHOW CAUSE

On May 8, 2007 the Clerk entered default against defendant for failure to plead or otherwise defend this action.  Defendant has not moved to vacate the Clerk's entry of default and plaintiff has not moved for default judgment.  Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by July 9, 2007, why this case should not be dismissed for failure to prosecute.  Plaintiff may satisfy this order by filing a motion for default judgment with a proposed final default judgment, a copy of which must be served on defendant.

SIGNED this 28th day of June, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge