UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 <br><br> and <br><br> DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 <br><br> Plaintiffs, <br><br> v. <br><br> KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, 440 S. Coltrane Road Edmond, OK 73034 <br><br> Defendant. | Case No. 1:07CV00419 <br><br> Judge: Richard W. Roberts <br><br> Date Complaint filed: March 2, 2007 |

RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION **AND** PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO FILE THEIR MOTION FOR DEFAULT JUDGMENT

1. The undersigned is counsel of record for the Plaintiffs Carpenters Labor-Management Pension Fund, ("Pension Fund"), and Douglas Mccarron, Richard Arispe, Alan Chil'cote, in their capacities as fiduciaries with respect to the Pension Fund, (collectively "Plaintiffs") in the above-styled and numbered case.

2. On May 8, 2007, the Clerk of the Court executed an Entry of Default.

3. This Honorable Court issued an Order to Show Cause in this matter, dated Friday, June 29, 2007, as to "why this case should not be dismissed for failure to prosecute" and, which further provides that, "Plaintiff may satisfy this order by filing a motion for default judgment with a proposed final default judgment...."

4. Plaintiffs are currently preparing a Motion for Default Judgment against defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, ("DEFENDANT").

5. Pension Fund is located in Oklahoma City, Oklahoma and the contact person at the Pension Fund has been out of the office for the past week due to illness. This person has returned to work today and is assisting in the preparation of the Motion for Default Judgment.

6. Undersigned counsel was in Phoenix, Arizona from Sunday, July 1, 2007, to Tuesday, July 3, 2007, for a trial before an administrative law judge of the National Labor Relations Board.

7. Plaintiffs are requesting a two week extension to file the Motion for Default Judgment to allow time to complete the documents, obtain the necessary exhibits and have the affidavits signed.

DATED: July 5, 2007

Respectfully submitted,

Brian H. Quinn

Brian F. Quinn, Esq. D.C. Bar No. 447619
a member of
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105
Email: bquinn@deconsel.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-  )
MANAGEMENT PENSION FUND, )
101 Constitution Avenue, N.W. ) Case No. 1:07CV00419
Washington, D.C. 20001 )
 )
and )
 )
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, as ) Judge: Richard W. Roberts
Trustees of the CARPENTERS LABOR- )
MANAGEMENT PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 ) Date Complaint filed:
 ) March 2, 2007
Plaintiffs, )
 )
v. )
 )
KERR 3 CONSTRUCTION GROUP, )
L.L.C., an Oklahoma Limited Liability )
Company, )
440 S. Coltrane Road )
Edmond, OK 73034 )
 )
Defendant. )

[PROPOSED] O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter not be dismissed, and that this court retain jurisdiction, and that PLAINTIFFS be allowed to file their Motion for Default Judgment no later than July 23, 2007.

Dated: _____   _____

THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE