UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 | Case No. 1:07CV00419 |
| and | |
| DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 | Judge: Richard W. Roberts |
| Plaintiffs, | Date Complaint filed: March 2, 2007 |
| v. | |
| KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, 440 S. Coltrane Road Edmond, OK 73034 | |
| Defendant. | |

NOTICE OF FILING

CERTIFICATE OF SERVICE RE: RESPONSE TO ORDER TO SHOW CAUSE AND PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO FILE THEIR MOTION FOR DEFAULT JUDGMENT

1. The undersigned is counsel of record for the Plaintiffs Carpenters Labor-Management Pension Fund, ("Pension Fund"), and Douglas Mccarron, Richard Arispe, Alan Chil'cote, in their capacities as fiduciaries with respect to the Pension Fund, (collectively "Plaintiffs") in the above-styled and numbered case.

2. On July 5, 2007, undersigned counsel filed with the Court its Response to

   Order to Show Cause, and Proposed Order.

3.  A Certificate of Service was not provided with the filing.

4.  Counsel now submits the attached Certificate of Service for filing.

DATED: July 6, 2007

            Respectfully submitted,

            *Brian F. Quinn* (signature)
            Brian F. Quinn, Esq. D.C.Bar No. 447619
            a member of
            DeCARLO, CONNOR & SHANLEY
            A Professional Corporation
            101 Constitution Avenue, N.W.
            Tenth Floor
            Washington, D.C. 20001
            Telephone (202) 589-1151
            Telecopier (202) 589-0105
          Email: bquinn@deconsel.com

**CERTIFICATE OF SERVICE**

(Carpenters Labor-Management, etc. v. Kerr 3 Construction, etc.)
(USDC Case No. 1:07CV00419)

The undersigned hereby certifies that a copy of the Plaintiffs **Response to Order to Show Cause, and Proposed Order** has been served on defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, by depositing same in the U.S. Mail, first class postage prepaid and properly addressed at 440 S. Coltrane Rd., Edmond, Oklahoma 73034, this 6th day of July 2007.

*/s/ Denise Cooper*
Denise Cooper
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave., N.W. Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105