UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>Plaintiffs,<br><br>v.<br><br>KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, 440 S. Coltrane Road Edmond, OK 73034<br><br>Defendant. | APPEARANCE<br><br>Case No. 1:07CV00419<br><br>Judge: Richard W. Roberts<br><br>Date Complaint filed: March 2, 2007 |

To the Clerk of this court and all parties of record:

Please enter the appearance of MARGARET R. GIFFORD as counsel in this case for:

CARPENTERS LABOR-MANAGEMENT PENSION FUND, and

DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as

///

///

///

trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, Plaintiff.

DATED:                                            *Margaret R. Gifford* (signature)
                                                  Margaret R. Gifford, Esq,
                                                  a member of
                                                  DeCARLO, CONNOR & SHANLEY
                                                  a Professional Corporation
                                                  533 South Fremont Avenue, 9th Fl.
                                                  Los Angeles, California 90071-1706
501693                                            Telephone (213) 488-4100
Bar Identification                                Telecopier (213) 488-4180
                                                  Email: mgifford@deconsel.com
                                                  101 Constitution Avenue, N.W.
                                                  Tenth Floor
                                                  Washington, D.C. 20001
                                                  Telephone (202) 589-1151
                                                  Telecopier (202) 589-0105