UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>          Plaintiffs,<br><br>          v.<br><br>KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, 440 S. Coltrane Road Edmond, OK 73034<br><br>          Defendant. | NOTICE OF ERRATA<br><br>Case No. 1:07CV00419<br><br>Judge: Richard W. Roberts<br><br>Date Complaint filed: March 2, 2007 |

To the Clerk of this court and all parties of record:

Attached as Exhibit "1" is a Certificate of Service related to document #9, Appearance of MARGARET R. GIFFORD, as counsel in this case for: CARPENTERS LABOR-MANAGEMENT PENSION FUND, and DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as

///


///


///

trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, Plaintiff.

DATED:   October 4, 2007

*[signature: Margaret R. Gifford]*
Margaret R. Gifford, Esq.
a member of
DeCARLO, CONNOR & SHANLEY
a Professional Corporation
533 South Fremont Avenue, 9th Fl.
Los Angeles, California 90071-1706

501693
Bar Identification

Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

EXHIBIT "1"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-
MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

and

DOUGLAS MCCARRON, RICHARD
ARISPE, ALAN CHIL'COTE, as
Trustees of the CARPENTERS LABOR-
MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

       Plaintiffs,

v.

KERR 3 CONSTRUCTION GROUP,
L.L.C., an Oklahoma Limited Liability
Company,
440 S. Coltrane Road
Edmond, OK 73034

       Defendant.

Case No. 1:07CV00419

Judge: Richard W. Roberts

Date Complaint filed:
March 2, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **APPEARANCE** was served by first-class mail on this ___ day of October

    KERR 3 Construction
    440 S. Coltrane Road
    Edmond, OK 73034 02453

DATED: 10/4/07

_Dolores Canchola_
Dolores Canchola, Secretary
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 South Fremont Avenue, 9th Fl
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>Plaintiffs,<br><br>v.<br><br>KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company,<br>440 S. Coltrane Road<br>Edmond, OK 73034<br><br>Defendant. | Case No. 1:07CV00419<br><br><br>Judge: Richard W. Roberts<br><br><br>Date Complaint filed:<br>March 2, 2007 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **NOTICE OF ERRATA** was served by first-class mail on this 4th day of October

       KERR 3 Construction
       440 S. Coltrane Road
       Edmond, OK 73034 02453

DATED:    October 4, 2007

                                       *Dolores Canchola* (signature)
                                       Dolores Canchola, Secretary
                                       DeCARLO, CONNOR & SHANLEY
                                       A Professional Corporation
                                       533 South Fremont Avenue, 9th Fl
                                       Los Angeles, California 90071-1706
                                       Telephone (213) 488-4100
                                       Telecopier (213) 488-4180
                                       Email: mgifford@deconsel.com