## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Case No. 1:07CV00419 |
| and | |
| DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, as<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Judge: Richard W. Roberts |
| Plaintiffs, | Date Complaint filed:<br>March 2, 2007 |
| v. | |
| KERR 3 CONSTRUCTION GROUP,<br>L.L.C., an Oklahoma Limited Liability<br>Company,<br>440 S. Coltrane Road<br>Edmond, OK  73034 | |
| Defendant. | |

## EX PARTE APPLICATION THAT COURT
## RENDER DECISION ON PLAINTIFFS'
## MOTION FOR DEFAULT JUDGMENT

An Ex Parte Application is hereby made by plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund"), Douglas McCarron, Richard Arispe, Alan Chil'cote ("TRUSTEES"), as Trustees of the Pension Fund, in their capacities as fiduciaries with respect to the Pension Fund (collectively, "PLAINTIFFS"), requesting that the court render a decision on its Motion for Default Judgment against defendant, KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company ("DEFENDANT").

////

////

This Application is based upon the Affidavit of Margaret R. Gifford, the Memorandum of Points and Authorities filed herewith, the pleadings on file and any oral and documentary evidence the court requires.

DATED: *October 24, 2007*    Respectfully submitted,

Margaret R. Gifford, Esq., D.C. Bar No. 501693
a member of
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 | ) ) ) ) ) | Case No. 1:07CV00419 |
| and | ) ) | |
| DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 | ) ) ) ) ) ) ) | Judge: Richard W. Roberts |
| Plaintiffs, | ) ) ) | Date Complaint filed: March 2, 2007 |
| v. | ) ) | |
| KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, 440 S. Coltrane Road Edmond, OK  73034 | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION THAT COURT RENDER DECISION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

## I.    Preliminary Statement

On July 20, 2007, plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund"), Douglas McCarron, Richard Arispe, Alan Chil'cote, as Trustees of the Pension Fund (collectively, "PLAINTIFFS"), by and through counsel, filed a Motion for Default Judgment against defendant KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, ("DEFENDANT"), which included a Proposed Order and Proposed Judgment.   To date, PLAINTIFFS

have not received a decision on the Motion for Entry of Default Judgment.

## II.    The Instant Request May Be Considered by the Court on a Discretionary Basis

Appendix B, #38 of the Local Rules 83-9.1 states that "While endeavoring to resolve disputes efficiently, we will be considerate of the time constraints and pressures imposed on lawyers by the exigencies of litigation practice. We will make all reasonable efforts promptly to decide matter presented to us for decision."

PLAINTIFFS' motion was filed on July 20, 2007, but a decision on the Motion for Entry of Default Judgment has not yet been received.

## III.    Conclusion

PLAINTIFFS respectfully request that the court enter a decision on its Motion for Entry of Default Judgment.

DATED: _October 24, 2007_    Respectfully submitted,

_Margaret R. Gifford_

Margaret R. Gifford, Esq./D.C.Bar No. 501693
a member of
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Case No. 1:07CV00419 |
| and | |
| DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, as<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Judge: Richard W. Roberts |
| Plaintiffs, | Date Complaint filed:<br>March 2, 2007 |
| v. | |
| KERR 3 CONSTRUCTION GROUP,<br>L.L.C., an Oklahoma Limited Liability<br>Company,<br>440 S. Coltrane Road<br>Edmond, OK 73034 | |
| Defendant. | |

## AFFIDAVIT OF MARGARET R. GIFFORD

The undersigned, hereby declares under penalty of perjury that:

1.    My name is Margaret R. Gifford. I am over the age of twenty-one and competent to make this Affidavit. I am one of the counsel of record for the plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund"), Douglas McCarron, Richard Arispe, Alan Chil'cote ("TRUSTEES"), as Trustees of the Pension Fund, in their capacities as fiduciaries with respect to the Pension Fund (collectively, "PLAINTIFFS") in the above-styled and numbered case and I have personal knowledge of the matters stated herein, including facts that have been elicited from my review of the files in this matter.

2.      On July 20, 2007, Plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund"), Douglas McCarron, Richard Arispe, Alan Chil'cote, as Trustees of the Pension Fund (collectively, "PLAINTIFFS"), by and through counsel, filed a Motion for Default Judgment against defendant KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, ("DEFENDANT"), which included a Proposed Order and Proposed Judgment.

3.      As of the date of this Affidavit, PLAINTIFFS have not received a decision on their Motion for Entry of Default Judgment.  A duplicate original Proposed Order for Entry of Default Judgment and Judgment is being filed concurrently herewith.

4.      A copy of this Ex Parte Application and supporting documents are being served by mail on DEFENDANT.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

5.    On October 12, 2007, a letter was sent to DEFENDANT advising them that this Ex Parte Application was being filed.  A true and correct copy of the letter is attached hereto as Exhibit 3.  To date, I have not received a response to this letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October ___24___, 2007 at Los Angeles, California.

Margaret R. Gifford, Esq., D.C.Bar No. 501693
a member of
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

State of California          )
                             )
County of Los Angeles)

Subscribed and sworn to (or affirmed) before me, ROBERTA OLSON, a Notary Public, on this 24th day of October 2007, by MARGARET R. GIFFORD, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ROBERTA OLSON
Notary Public in and for
said County and State

ROBERTA OLSON
Commission # 1785474
Notary Public - California
Los Angeles County
My Comm. Expires Jul 3, 2011

3



**DeCARLO CONNOR SHANLEY**
ATTORNEYS AT LAW

Margaret R. Gifford, Esq.
e-mail: mgifford@deconsel.com

October 12, 2007

KERR 3 Construction
440 S. Coltrane Road
Edmond, OK  73034 02453

RE:    Carpenters Labor-Management Pension Fund, etc.  v.  KERR 3 Construction Group, L.L.C.,
       an Oklahoma Limited Liability Company
       Case No.:        1:07CV00419
       File No.:         13455/9850

Gentlemen:

The Carpenters Labor-Management Pension Fund ("Pension Fund"), Douglas McCarron, Richard
Arispe, Alan Chil'cote, as Trustees of the Pension Fund, filed their Motion for Default Judgment as
to KERR 3 Construction Group, L.L.C., an Oklahoma Limited Liability Company on July 20, 2007.
The court has not issued a decision on the Motion.  Accordingly, notice is hereby given that
Plaintiffs are filing an Ex Parte Application requesting that the Court render a decision on Plaintiffs'
Motion For Default Judgment.  I do not anticipate that the court will set a hearing date.

Please advise me as soon as possible as to whether or not you oppose this application.  If you do,
please indicate to me why.   Assuming you oppose this application, I will so advise the court.

Very truly yours,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

Margaret R. Gifford
MRG/rao

EXHIBIT NO. 3
PAGE NO. 4

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CARPENTERS LABOR-
MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

    and

DOUGLAS MCCARRON, RICHARD
ARISPE, ALAN CHIL'COTE, as
Trustees of the CARPENTERS LABOR-
MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

        Plaintiffs,

        v.

KERR 3 CONSTRUCTION GROUP,
L.L.C., an Oklahoma Limited Liability
Company,
440 S. Coltrane Road
Edmond, OK 73034

        Defendant.

Case No. 1:07CV00419

Judge: Richard W. Roberts

Date Complaint filed:
March 2, 2007

## ORDER

After Defendant KERR 3 CONSTRUCTION GROUP, L.L.C., an Oklahoma Limited Liability Company, ("DEFENDANT") failed to answer or otherwise respond to the Complaint, Plaintiffs Carpenters Labor-Management Pension Fund ("Pension Fund"), and Douglas McCarron, Richard Arispe, Alan Chil'cote, ("TRUSTEES"), as Trustees of the Pension Fund, in their capacities as fiduciaries with respect to the Pension Fund (collectively, "PLAINTIFFS"), requested and received an Entry of Default on May 8, 2007. PLAINTIFFS are moving for Default Judgment pursuant to Federal Rules of Civil Procedure, Rule 55.

The Court, having read the pleadings and papers filed in this action, and having determined that the allegations of PLAINTIFFS' Complaint have been

admitted, and upon consideration of the facts and law relating to PLAINTIFFS' request for relief, finds that DEFENDANT is indebted to PLAINTIFFS in the sum of $31,245.65. This amount includes: $18,329.40 in contributions owed the Pension Fund by DEFENDANT for the period August 2004, February 2006 and April 2006 through August 2006; liquidated damages in the amount of $3,665.88; audit fees in the amount of $1,905.03; interest as of June 30, 2007, in the sum of $3,168.84; and reasonable attorneys' fees in the amount of $4,176.50. PLAINTIFFS are entitled to such amounts pursuant to 29 U.S.C. § 1132(g)(2).

**IT IS THEREFORE ORDERED** that:

A.    PLAINTIFFS' Motion For Default Judgment is GRANTED;

B.    Judgment is entered in favor of PLAINTIFFS against DEFENDANT in the amount of $31,245.65, with post judgment interest at the legal rate of _____ until paid;

C.    DEFENDANT shall submit to an audit, and produce for inspection and/or copying all records that PLAINTIFFS' auditors determine necessary to conduct such audit, for the time period covered by the Job Site Agreement and Collective Bargaining Agreements at issue in this action;

D.    Further judgment be entered in favor of PLAINTIFFS against DEFENDANT in the amount determined under Section C above, including liquidated damages, interest, and audit costs, as provided for, and consistent with, the Pension Fund's collection procedures, and upon providing proper proof of such amount to this Court;

////

////

////

E.     DEFENDANT shall file complete and timely monthly reports, with accompanying pension contributions, for all periods for which the collective bargaining agreement requires DEFENDANT to do so.

PLAINTIFFS are allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

**IT IS SO ORDERED.**

Date:

_____
RICHARD W. ROBERTS
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | )<br>)<br>)<br>) | Case No. 1:07CV00419 |
| and | )<br>) |  |
| DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, as<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | )<br>)<br>)<br>)<br>)<br>) | Judge: Richard W. Roberts |
| Plaintiffs, | )<br>)<br>) | Date Complaint filed:<br>March 2, 2007 |
| v. | )<br>) |  |
| KERR 3 CONSTRUCTION GROUP,<br>L.L.C., an Oklahoma Limited Liability<br>Company,<br>440 S. Coltrane Road<br>Edmond, OK 73034 | )<br>)<br>)<br>)<br>)<br>) |  |
| Defendant. | )<br>) |  |

## JUDGMENT

It is hereby **ORDERED** that Plaintiffs' motion for entry of default judgment is GRANTED. Within 20 days of the date of this Order, Defendant shall pay Plaintiffs the amount of $31,245.65 pursuant to 29 U.S.C. § 1132(g)(2). It is

**FURTHER ORDERED** that Defendant file complete, proper and timely remittance reports with appropriate pension contributions when obligated to do so under the Job Site Agreement and Collective Bargaining Agreements; and it is

**FURTHER ORDERED** that within 15 days of a request by Plaintiffs or its/their representative, Defendant make its payroll books and related records available to Plaintiffs to audit the remittance reports for the relevant period; it is

**FURTHER ORDERED** that judgment shall be entered for Plaintiffs and the complaint dismissed.

Date: _____

_____
RICHARD W. ROBERTS
United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CARPENTERS LABOR-
MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

    and

DOUGLAS MCCARRON, RICHARD
ARISPE, ALAN CHIL'COTE, as
Trustees of the CARPENTERS LABOR-
MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

            Plaintiffs,

            v.

KERR 3 CONSTRUCTION GROUP,
L.L.C., an Oklahoma Limited Liability
Company,
440 S. Coltrane Road
Edmond, OK  73034

            Defendant.

Case No. 1:07CV00419

Judge: Richard W. Roberts

Date Complaint filed:
    March 2, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing:

1.    EX PARTE APPLICATION THAT COURT RENDER DECISION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT;

2.    PLAINTIFFS' MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION THAT COURT RENDER DECISION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT;

3.    AFFIDAVIT OF MARGARET R. GIFFORD IN SUPPORT OF EX PARTE APPLICATION THAT COURT RENDER DECISION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT;

4.    ORDER; and

5.    JUDGMENT

were served by first-class mail on this _24ᵗʰ_ day of October 2007 on defendant:


KERR 3 Construction Group
507 S. Coltrane Road, Suite G
Edmond, OK  73034-67338


DATED:

Lucy J. Moure
Secretary
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Ave., 9ᵗʰ Floor
Los Angeles, CA 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com

2